# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RYAN FELL, : No. 821 MAL 2015
:
        Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
:
340 ASSOCIATES, LLC AND 334 KAYLA, :
INC., :
:
        Petitioners :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.